FORM C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: )
MICHELLE HEIM & )
GEORGE STEFNIC ) Chapter: 7
 )
 ) Case Number: 5:16-bk-05102
 )
DEBTOR(S) )

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 14, 2017, I served a copy of Proposed Order, Motion to Avoid Lien and Notice on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| US Bank National Association<br>700 Kansas Lane<br>Monroe, LA 71203 | U.S.P.S. Postage Prepaid Regular Mail |
| Washington Mutual<br>700 Kansas Lane<br>Crowville, LA 71230 | U.S.P.S. Postage Prepaid Regular Mail |
| PP&L<br>2 North 9th Street<br>Allentown, PA 18101 | U.S.P.S. Postage Prepaid Regular Mail |
| Greater Pottsville Sewer Authority<br>401 North Centre Street, Suite 3<br>Pottsville, PA 17901 | U.S.P.S. Postage Prepaid Regular Mail |
| | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 15, 2017

Name: s/ ROBERT M. REEDY, ESQUIRE
*Printed Name of Attorney*
Address: 7 East Main Street

Schuylkill Haven, PA 17972

Revised: 03/22/05