```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-05102-JJT
Michelle Heim                                                   Chapter 7
George Stefnic
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: MMchugh              Page 1 of 1         Date Rcvd: Mar 13, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
4866464        Washington Mutual,    Chase Records,    700 Kansas Lane,    Crowville, LA 71230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee
               for the AFC Mortgage Loan Asset Backed Notes, Series 2000-4 bkgroup@kmllawgroup.com
              Robert M. Reedy    on behalf of Debtor Michelle  Heim robert@attyreedy.com,
               bill_crown@hotmail.com;attyreedy@yahoo.com
              Robert M. Reedy    on behalf of Joint Debtor George  Stefnic robert@attyreedy.com,
               bill_crown@hotmail.com;attyreedy@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: :
   MICHELLE HEIM : Bankruptcy No. 5:16-bk-05102
   GEORGE STEFNIC :
      Debtor :
       : Chapter 7

# ORDER

Upon consideration of the Motion to Avoid Judicial Lien of WASHINGTON MUTUAL, it is hereby **ORDERED** and **DECREED** that the Debtors' Motion to Avoid the Judicial Lien of **WASHINGTON MUTUAL**, entered in the Court of Common Pleas of Schuylkill County, Pennsylvania, docket #S-1289-2003, is hereby **GRANTED** and the security interest created by said Judicial Lien is hereby cancelled.

Dated: March 13, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

Case 5:16-bk-05102-JJT    Doc 26    Filed 03/15/17    Entered 03/16/17 00:52:39    Desc
Imaged Certificate of Notice    Page 2 of 2