```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                              Case No. 16-05102-JJT
Michelle Heim                                       Chapter 7
George Stefnic
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: MMchugh         Page 1 of 1          Date Rcvd: Mar 13, 2017
                            Form ID: pdf010       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
4866443       +Greater Pottsville Sewer,   401 North Center Street,   #3,   Pottsville, PA 17901-1745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                   TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
         James  Warmbrodt   on behalf of Creditor   U.S. Bank, National Association, as Indenture Trustee
          for the AFC Mortgage Loan Asset Backed Notes, Series 2000-4 bkgroup@kmllawgroup.com
         Robert M. Reedy   on behalf of Debtor Michelle  Heim robert@attyreedy.com,
          bill_crown@hotmail.com;attyreedy@yahoo.com
         Robert M. Reedy   on behalf of Joint Debtor George  Stefnic robert@attyreedy.com,
          bill_crown@hotmail.com;attyreedy@yahoo.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
         William G Schwab (Trustee)   schwab@uslawcenter.com,
          wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                   TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:        :
  MICHELLE HEIM     :  Bankruptcy No. 5:16-bk-05102
  GEORGE STEFNIC    :
   Debtor       :
           :  Chapter 7

## ORDER

Upon consideration of the Motion to Avoid Judicial Lien of GREATER POTTSVILLE AREA SEWER AUTHORITY, it is hereby **ORDERED** and **DECREED** that the Debtors' Motion to Avoid the Judicial Lien of **GREATER POTTSVILLE AREA SEWER AUTHORITY**, entered in the Court of Common Pleas of Schuylkill County, Pennsylvania, docket #J-26-2002, is hereby **GRANTED** and the security interest created by said Judicial Lien is hereby cancelled.


Dated: March 13, 2017


By the Court,


John J. Thomas, Bankruptcy Judge
(RPR)