**FORM C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:

)
) Chapter:
)
) Case Number:
)
DEBTOR(S) )

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on _____(Date)_____, I served a copy of _____ on the following parties in this matter:

| *Name and Address* | *Mode of Service* |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____    Name: s/ _____
                                                      *Printed Name of Attorney*
                          Address: _____
                                      _____

Revised: 03/22/05