UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| MICHELLE HEIM | : Bankruptcy No. 5:16-bk-05102 |
| GEORGE STEFNIC, | : |
| Debtor | : |
| | : Chapter 7 |

## MOTION TO WITHDRAW

TO THE HONORABLE JOHN J. THOMAS, THE JUDGE OF SAID COURT:

As a claim for Relief, the Debtor(s) allege as follows:

1. This case was commenced by the filing of a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on December 15, 2016.

2. On March 20, 2017, Debtor's counsel incorrectly filed a Amended Motion to Avoid Judicial Lien of Manufacturers and Trade, ("Creditor") docket entry #33.

**WHEREFORE**, Debtor(s) pray that the Court enter an Order withdrawing docket entry #33, the Amended Motion to Avoid Judicial Lien of Manufacturers and Trade.

Respectfully submitted,

*/s/*
Robert M. Reedy, Esquire
PA I.D. # 85989
REEDY LAW OFFICE
7 East Main Street
P.O. Box 334
Schuylkill Haven, PA   17972
(570) 385-9110
(570) 385-9112 fax