Certificate Number: 14912-PAM-DE-028953535

Bankruptcy Case Number: 16-05102


14912-PAM-DE-028953535

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2017, at 10:13 o'clock PM EDT, George Stefnic completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 21, 2017      By: /s/Jai Bhatt

                                                 Name: Jai Bhatt

                                                 Title: Counselor