```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 16-05102-JJT
Michelle Heim                                                   Chapter 7
George Stefnic
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5        User: MMchugh          Page 1 of 1         Date Rcvd: Mar 23, 2017
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
4866446        +Manufacturers & Trades,    POB 24696,    Columbus, OH 43224-0696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Indenture Trustee
               for the AFC Mortgage Loan Asset Backed Notes, Series 2000-4 bkgroup@kmllawgroup.com
              Robert M. Reedy    on behalf of Debtor Michelle  Heim robert@attyreedy.com,
               bill_crown@hotmail.com;attyreedy@yahoo.com
              Robert M. Reedy    on behalf of Joint Debtor George  Stefnic robert@attyreedy.com,
               bill_crown@hotmail.com;attyreedy@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHELLE HEIM
GEORGE STEFNIC

    Debtor(s)

MICHELLE HEIM
GEORGE STEFNIC

    Movant(s)

vs.

MANUFACTURERS AND TRADE

    Respondent(s)

Chapter: 7

Case Number: 5:16-bk-05102-JJT

Document No.: 33

Nature of Proceeding: **Amended Motion to Avoid a Lien of Manufacturers and Trade**

# ORDER

IT IS HEREBY ORDERED that the Withdrawal filed March 22, 2017 regarding the above-referenced matter is APPROVED.

Dated: March 23, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Order Approving Withdrawal.WPT-REV 06/12