```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                         Case No. 16-05102-JJT
Michelle Heim                                                  Chapter 7
George Stefnic
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Apr 10, 2017
                              Form ID: pdf010          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
db/jdb         +Michelle Heim,    George Stefnic,    923 West Market Street,    Pottsville, PA 17901-2816
4866446        +Manufacturers & Trades,    POB 24696,    Columbus, OH 43224-0696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4866460         E-mail/Text: tidewaterlegalebn@twcs.com Apr 10 2017 18:56:28      Tidewater Finance Co,
                6520 Indian River Road,    Virginia Beach, VA 23464
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee
               for the AFC Mortgage Loan Asset Backed Notes, Series 2000-4 bkgroup@kmllawgroup.com
              Robert M. Reedy    on behalf of Debtor Michelle  Heim robert@attyreedy.com,
               bill_crown@hotmail.com;attyreedy@yahoo.com
              Robert M. Reedy    on behalf of Joint Debtor George  Stefnic robert@attyreedy.com,
               bill_crown@hotmail.com;attyreedy@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
   MICHELLE HEIM : Bankruptcy No. 5:16-bk-05102
   GEORGE STEFNIC :
     Debtor :
      : Chapter 7

## ORDER

Upon consideration of the Motion to Avoid Judicial Lien of **TIDEWATER FINANCE COMPANY**, it is hereby **ORDERED** and **DECREED** that the Debtors' Motion to Avoid the Judicial Lien of **TIDEWATER FINANCE COMPANY**, entered in the Court of Common Pleas of Schuylkill County, Pennsylvania, docket #S-1358-2004, is hereby **GRANTED** and the security interest created by said Judicial Lien is hereby cancelled.

Dated: April 10, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)