```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 16-05102-JJT
Michelle Heim                                                     Chapter 7
George Stefnic
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: admin              Page 1 of 1              Date Rcvd: Apr 11, 2017
                               Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db/jdb         +Michelle Heim,   George Stefnic,   923 West Market Street,   Pottsville, PA 17901-2816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Indenture Trustee
               for the AFC Mortgage Loan Asset Backed Notes, Series 2000-4 bkgroup@kmllawgroup.com
              Robert M. Reedy    on behalf of Debtor Michelle   Heim robert@attyreedy.com,
               bill_crown@hotmail.com;attyreedy@yahoo.com
              Robert M. Reedy    on behalf of Joint Debtor George   Stefnic robert@attyreedy.com,
               bill_crown@hotmail.com;attyreedy@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 5

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michelle Heim
923 West Market Street
Pottsville, PA 17901

Chapter 7
Case No. 5:16−bk−05102−JJT

George Stefnic
923 West Market Street
Pottsville, PA 17901

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1728
xxx−xx−9113

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 10, 2017

BY THE COURT
By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk